## THOMAS SMITH *versus* THOMAS WILLETTS

PAPERS IN FILE (1815): (1) Precipe for process; (2) capias and return. *Office Docket*, MS p. 24, c. 53.

## UNITED STATES *versus* JEAN BAPTISTE VERNIER, SR.

PAPERS IN FILE (1815): (1) Presentment.

## ASHER F. COOK *versus* JAMES WILDS

PAPERS IN FILE (1815): (1) Precipe for capias; (2) capias and return.

## UNITED STATES *versus* JAMES MAY AND AUGUSTIN LAGRAVE

. . . . . . . . . . . . . . . . . . .

PAPERS IN FILE (1815): (1–2) Subpoenas.